AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| SHELTON DENARD DAVIS | ) Case No: 11-00272-001 |
|  | ) USM No: 12299-003 |
| Date of Original Judgment: 03-21-2012 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  168  months **is reduced to**  140 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

This reduction applies to the sentences imposed on each of Counts 1 and 2, which run concurrently.

Except as otherwise provided, all provisions of the judgment dated  03-21-2012  shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 05-06-2015

Callie V.S. Granade U.S. District Judge

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.05.06 13:28:47 -06'00'

*Judge's signature*

Effective Date: 11-01-2015
*(if different from order date)*

United States District Judge
*Printed name and title*