IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHELTON DENARD DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION.  14-00278-CG |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIMINAL NO.  11-00272-CG-N |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and dated August 3, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Davis's motion to amend (Doc. 75) is **GRANTED**, that his motion for an evidentiary hearing (Doc. 73) is **DENIED**, that Davis's § 2255 motion (Doc. 68), as amended (*see* Docs. 75 – 76) is **DENIED** and **DISMISSED with prejudice**, and that Davis is found not entitled either to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 31st day of August, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE