IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHELTON DENARD DAVIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION.  14-00278-CG |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO.  11-00272-CG-N |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Davis, that this action under 28 U.S.C. § 2255 is **DISMISSED with prejudice**, and that Davis is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 31st day of August, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE